MAGISTRATE JUDGE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>CHANNING MAYO,  )<br>  )<br>      Defendant.  )<br>_____) | NO. CR 06-5031 JKA<br><br>ORDER ON STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

      THE COURT having considered the stipulation of the parties, the records, and files herein, hereby makes the following findings:

      The Court finds that the ends of justice will be served by ordering a continuance, that a continuance is necessary to ensure a fair and just resolution of this case, and that these factors outweigh the best interests of the public and the defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

/ / /

(PROPOSED) ORDER ON STIPULATED
MOTION TO CONTINUE PTM
(Channing Mayo; CR06-5031JKA)        - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  / / /

2

3

4     IT IS THEREFORE ORDERED that any pretrial motions are due no later than March

5  24, 2006.

6

7     DONE this 22nd day of March, 2006.

8

9

10

11              */s/ J.KelleyArnold*
             THE HONORABLE J. KELLEY ARNOLD
12           UNITED STATES MAGISTRATE JUDGE

13
   Presented by:
14

15  s/  Jennifer E. Wellman
    WSBA  # 29193
16  Attorney for Channing Mayo
    Assistant Federal Public Defender
17  1601 Fifth Avenue, Suite 700
    Seattle, WA   98101
18  (206) 553-1100
    Fax No.: (206) 553-0120
19  Jennifer_Wellman@fd.org

20
    s/  Lieutenant Sean Cogley
21  Special Assistant United States Attorney
    *Telephonic Approval*
22

23

24

25

26

(PROPOSED) ORDER ON STIPULATED                    **FEDERAL PUBLIC DEFENDER**
MOTION TO CONTINUE PTM                            **1601 Fifth Avenue, Suite 700**
(Channing Mayo; CR06-5031JKA)   - 2               **Seattle, Washington  98101**
                                                  **(206) 553-1100**