06-CR-05031-JGM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>vs. )<br>)<br>CHANNING A. MAYO, )<br>)<br>Defendant. )<br>_____ ) | Case No.: CR06-5031<br><br>ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon the United States Attorney for the Western District of Washington hereby dismisses the Information filed on January 18, 2006, charging violation of Title 18, United States Code, Sections 7 and 13, and RCW 46.20.342 (1) (b), driving while license suspended in the 2nd degree, against Defendant, CHANNING A. MAYO.

DATED this 14th day of March, 2006.

JOHN McKAY
United States Attorney

_____
S. W. COGLEY
Special Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this 27th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Page 1 of 1 – ORDER FOR DISMISSAL
USA v. MAYO
CR06-5031

Special Asst. U. S. Attorney
Naval Base Kitsap
365 S. Barclay, Bldg 433
Bremerton, WA 98314-5260
(360) 627-3411